NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Keith J. Wesley, SBN 229276  Eric C. Lauritsen, SBN 301219
Browne George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel.: 310.274.7100
Fax: 310.275.5697

ATTORNEY(S) FOR: Plaintiff Atari Interactive, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ATARI INTERACTIVE, INC.

Plaintiff(s),

v.

HYPERKIN INC.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   ATARI INTERACTIVE, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Atari Interactive, Inc. | A Delaware corporation with its principal place of business in New York, New York |
| Defendant Hyerkin Inc. | A California corporation with its principal place of business in Pomona, California |

January 25, 2019                          /s/Keith J. Wesley
Date                                      Signature
                                          Attorney for Plaintiff Atari Interactive, Inc.

                                          Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com