# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>HYPERKIN INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19−cv−00608−CAS−AFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    2/8/2019

Document Number(s):    10

Title of Document(s):    Service of Summons and Complaint Returned Executed (21 days)

**ERROR(S) WITH DOCUMENT:**

Filer chose the incorrect statute prompt as FRCP 5(b)(2)(D). Service of process was Not made on the Clerks Office of the USDC.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 11, 2019     By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*