UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-608-CAS(AFMx) | Date | May 13, 2019 |
|---|---|---|---|
| Title | *ATARI INTERACTIVE, INC. v. HYPERKIN, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Lauritsen | Jason Champion |

**Proceedings:** SCHEDULING CONFERENCE

Hearing held and counsel are present. The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: <u>July 1, 2019</u>;
Settlement Completion Cutoff: <u>August 30, 2019</u>;
Factual Discovery Cut-off: <u>November 30, 2019</u>;
Last Day to File Motions: <u>April 10, 2020</u>;
Exchange of Expert Reports Cut-off: <u>January 15, 2020</u>;
Exchange of Rebuttal Reports Cut-off: <u>February 17, 2020</u>;
Expert Discovery Cut-off: <u>March 13, 2020</u>;
Status Conference re: Settlement **(11:00 A.M.)**: **<u>September 9, 2019</u>**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): <u>June 15, 2020;</u>**
and Jury Trial **(9:30 A.M.): <u>July 28, 2020</u>.**

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

Counsel inform the court of the parties' preference to go before a private mediator for settlement purposes.

|  | 00 | : | 06 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |

**cc: ADR**