BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
David D. Kim (State Bar No. 293445)
  dkim@bgrfirm.com
Eric C. Lauritsen (State Bar No. 301219)
  elauritsen@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ATARI INTERACTIVE, INC., | Case No. 2:19-cv-00608 CAS (AFMx) |
|---|---|
| Plaintiff, | Hon. Christina A. Snyder |
| vs. | |
| HYPERKIN INC., | [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING STATUS CONFERENCE |
| Defendant. | |

**[PROPOSED] ORDER**

For good cause shown, IT IS HEREBY ORDERED:

1. The Parties' stipulation is approved.

2. The August 30, 2019 mediation deadline is hereby continued to September 10, 2019, and the September 9, 2019 status conference is hereby continued to September 23, 2019, at 11:00 A.M.

**IT IS SO ORDERED.**

DATED: July 23, 2019

_____
Christina A. Snyder
United States District Judge

Case No. 2:19-cv-00608 CAS (AFMx)
[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING STATUS CONFERENCE