UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-608-CAS(AFMx) | Date | January 13, 2020 |
|---|---|---|---|
| Title | *ATARI INTERACTIVE, INC. v. HYPERKIN, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | Not Present |

**Proceedings:**     FURTHER STATUS CONFERENCE RE: SETTLEMENT

Hearing held and plaintiff's counsel is present. No appearance is made by defendant, nor on defendant's behalf. The Court confers with plaintiff's counsel and the parties have not settled. The Court sets a Telephone Further Status Conference re: Settlement and/or Case on **February 26, 2020**, at **12:00 P.M.** All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference. NOTE: During the telephone hearing, counsel <u>must</u> identify themselves before they speak for the benefit of the Court.

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |