## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV19-608-CAS(AFMx) | Date | February 26, 2020 |
|---|---|---|---|
| Title | *ATARI INTERACTIVE, INC. v. HYPERKIN, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Patricia Blunt | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | Jason Chuan<br>H.G. Robert Fong |

**Proceedings:**         TELEPHONE FURTHER STATUS CONFERENCE RE: SETTLEMENT AND CASE

Hearing held by telephone and counsel are present.  The Court confers with counsel, as stated in Court and on the record. The parties are unable to settle.

The Court grants the parties request to continue the Expert Discovery Cutoff Date to March 27, 2020 and the Last Date to File Dispositive Motions to April 17, 2020.  All other dates shall remain the same.

|  | 00 | : | 08 |
|---|---|---|---|
| Initials of Preparer | | PB | |