**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 2:19-CV-0608-CAS (AFMx) |
| Plaintiff, | Hon. Christina A. Snyder |
| v. | **ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES** |
| HYPERKIN INC., | |
| Defendant. | |

Pursuant to the stipulation of the Parties, the Court finds that there is good cause to continue the deadlines, and orders that the schedule be modified as follows:

| Deadline | Original Date | New Date |
|---|---|---|
| Last Day to File Dispositive Motions | April 17, 2020 | June 1, 2020 |
| Motions in Limine Due | May 18, 2020 | August 17, 2020 |
| Pretrial Conference/Hearing on Motions in Limine | June 15, 2020 | September 14, 2020 |
| Jury Trial | July 28, 2020 | October 27, 2020 |

IT IS SO ORDERED.

Dated: <u>April 9, 2020</u>

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge