1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Keith J. Wesley (State Bar No. 229276)
      kwesley@bgrfirm.com
3  Milin Chun (State Bar No. 262674)
      mchun@bgrfirm.com
4  Eric C. Lauritsen (State Bar No. 301219)
      elauritsen@bgrfirm.com
5  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
6  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
7
8  Attorneys for Plaintiff
   ATARI INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 2:19-cv-00608 CAS (AFMx) |
| Plaintiff, | District Judge Christina A. Snyder |
| vs. | Magistrate Judge Alexander F. MacKinnon |
| HYPERKIN INC., | **JOINT NOTICE OF SETTLEMENT** |
| Defendant. | |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Atari Interactive, Inc. ("Plaintiff" or "Atari") and Hyperkin, Inc. ("Defendant" or "Hyperkin") have reached a settlement of all claims in the above-captioned case.

The parties would like to avoid any additional expense and further the interests of judicial economy, and therefore, request that this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal will be filed within seven (7) days of the final performance of the settlement, which is anticipated to be on February 7, 2021.

Dated: December 11, 2020

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Keith J. Wesley
   Milin Chun
   Eric C. Lauritsen

By:   */s/ Keith J. Wesley*
Keith J. Wesley
Attorneys for Plaintiff ATARI INTERACTIVE, INC.

Dated: December 11, 2020

The Law Office of Mary Sun
   Jason Chuan

By:   */s/ Jason Chuan*
Jason Chuan
Attorneys for Defendant HYPERKIN, INC.

Dated: December 11, 2020

KU & FONG
   H.G. Robert Fong

By:   */s/ H.G. Robert Fong*
H.G. Robert Fong
Attorneys for Defendant HYPERKIN, INC.

-1-

Case No. 2:19-cv-00608 CAS (AFMx)

NOTICE OF SETTLEMENT

|    |    |
|----|----|
| 1  |    |
| 2  | **ATTESTATION** |
| 3  | I attest that concurrence in the filing of this document has been obtained from |
| 4  | the other Signatory, per Civil L.R. 5-4.3.4(a)(2)(i), which shall serve in lieu of their |
| 5  | signature on the document. |
| 6  |    |
| 7  | Dated:  December 11, 2020           BROWNE GEORGE ROSS |
| 8  |                                                            O'BRIEN ANNAGUEY & ELLIS LLP |
|    |                                                                 Keith J. Wesley |
| 9  |                                                                 Milin Chun |
|    |                                                                 Eric C. Lauritsen |
| 10 |    |
| 11 |                                                    By:    */s/  Keith J. Wesley* |
| 12 |                                                                Keith J. Wesley |
|    |                                                    Attorneys for Plaintiff Atari Interactive, Inc. |

-2-   Case No. 2:19-cv-00608 CAS (AFMx)
NOTICE OF SETTLEMENT